# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN JONES,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 11-3281** |
| **JON D. FISHER,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 15th day of April 2013, after a careful and independent review of the Report and Recommendation (Doc. No. 16), Petitioner's Objections thereto (Doc. No. 17), and the entire record in this case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1. Petitioner's Objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED and ADOPTED**;

3. The Petition (Doc. No. 1) is **DENIED**;

4. A Certificate of Appealability **SHALL NOT** issue; and

5. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED.**

                                                                                                      **BY THE COURT:**

                                                                                                          **/s/ Cynthia M. Rufe**

                                                                                                         _____

                                                                                                         **CYNTHIA M. RUFE, J.**